# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 22-55982

**Case Name:** Keebaugh, et al. v. Warner Bros. Entertainment Inc.

**Hearing Location (*city*):** Pasadena

**Your Name:** Christopher Chorba

List the sitting dates for the two sitting months you were asked to review:

December 4-8, 11-14, 2023
January 8-12, 2024

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

December 4-8, 2023 - I am unavailable these dates due to a preexisting speaking engagement on class action issues that I've previously committed to attend (out of the country).
December 11-14, 2023 - Warner Bros. respectfully requests that the Court avoid these additional dates, if possible, so its client representative may attend the argument.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

Perrin Davis, et al. v. Meta Platforms, Inc., Nos. 22-16903, 22-16904, in San Francisco

**Signature:** s/ Christopher Chorba **Date:** 8/21/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                                                *New 12/01/2018*